# LaRocca, Hornik, Greenberg, Kittredge, Carlin & McPartland LLP

COUNSELORS AT LAW

40 Wall Street
32nd Floor
New York, NY 10005
212.530.4823
212.530.4815 fax

LHGKCM.COM

Private Lender Group
Professional Arts Center
475 County Rd 520
Suite 200
Marlboro, NJ 07746
212.536.3529
732.625.2463 fax

Frank J. LaRocca ✢◦
Jonathan L. Hornik
Rose Greenberg ▲
David N. Kittredge
Amy D. Carlin ▲
Patrick McPartland
Jared E. Blumetti
Nelson Diaz
Ryan Duffy
Christopher Ford ✢
John L. Garcia
Sanford Hausler ▲
Peter Kelegian ▲
Daniel Kraft ✢
Andrew Nastashkin ✢
Rick Pepsny ✢
Drew Tanner ✢
Lauren Weissman-Falk
Shangshui Yun ▲
Ziyi Gao

▲ New York Bar Only
✢ New Jersey Bar Only
◦ Certified Matrimonial Law Attorney

DIRECT DIAL: 212.530.4837
EMAIL: PMCPARTLAND@LHGKCM.COM

May 23, 2025

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    Denys Bell v. Equinox Holdings, Inc.
                Civil Action No. 25-cv-01644 (KMK)

Dear Judge Karas:

      We represent defendant Equinox Holdings, Inc. ("Equinox") in this matter and are writing jointly with plaintiff's counsel, in accordance with Section I(C) of Your Honor's rules, to respectfully request that the parties' May 27, 2025 pre-motion conference be adjourned *sine die*.

      The reason for this request is that the parties have reached a resolution in principle with respect to all claims and require sufficient time to reduce their resolution to a signed writing.

      This is the parties' first request to adjourn the May 27th pre-motion conference.

Granted, on the condition that the proposed settlement papers be filed by 6/6/25.

So Ordered.
[signature]
5/23/25

Respectfully submitted,

*Patrick McPartland*

Patrick McPartland
Jared E. Blumetti

cc:    Counsel of record (*via ECF*)