

**ROMERO**
**LAW GROUP PLLC**
LABOR AND EMPLOYMENT LITIGATION

Peter A. Romero, Esq.
David D. Barnhorn, Esq.

Matthew J. Farnworth, Esq.

June 5, 2025

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Denys Bell v. Equinox Holdings, Inc.*
      Civil Action no. 25-av-01644 (KMK)

Dear Judge Karas:

    This firm represents Plaintiff, Denys Bell, in the above-referenced action brought against his former employer, Defendant, Equinox Holdings, Inc. Plaintiff's counsel has not had an opportunity to meet with our client to review and execute the agreement. Therefore, we write with the consent of Defendant's counsel to respectfully request that the deadline to submit the parties' proposed settlement agreement for approval be extended to June 18, 2025.

    We thank the Court for its kind consideration of this request.

Granted.

So Ordered
6/5/25

Respectfully submitted,

/s Peter A. Romero

PETER A. ROMERO

cc:   All counsel of record via ECF

490 Wheeler Road, Suite 277, Hauppauge, New York 11788  ·  (631) 257-5588  ·  overtimelawny.com